IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Eric Kanoski, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00439 |
| v. | : | Judge Smith |
| Sterling Paper, Co., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Attorney Tony C. Merry's April 19, 2012 for leave to file a supporting memorandum and affidavit in support of his motion to withdraw as co-counsel (doc. 57) is GRANTED.

s/ Mark R. Abel
United States Magistrate Judge
